IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC** | CASE: **2:22−CV−01171−DAD−KJN** |
| vs. | |
| **WASTE RECOVERY WEST, LLC, ET AL.** | **ORDER OF REASSIGNMENT** |

The court, having considered the equitable division and efficient and economical determination of court business, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **District Judge Troy L. Nunley** to **District Judge Dale A. Drozd** for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is: **2:22−CV−01171−DAD−KJN**

All dates currently set in this reassigned action shall remain pending subject to further order of the court.

DATED:  August 25, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE